UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

David Gecht
                        Plaintiff,

v.                                                  Case No.: 1:23−cv−01742
                                                         Honorable Nancy L. Maldonado

Reynaldo Guevara, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 14, 2023:

      MINUTE entry before the Honorable Nancy L. Maldonado: Status hearing held on 9/14/2023 via Webex video conference. For the reasons stated on the record, Plaintiff's motion for finding of Relatedness and for Reassignment of Related Case No. 23−cv−04279 to this Court's Docket [87] is granted, and Defendants' joint motion for consolidation [100] is granted in part and denied in part. After Case No. 23−cv−04279 is transferred to the undersigned by the Executive Committee, the two cases will be consolidated for discovery and dispositive motion practice. Defendants' motion is denied without prejudice with respect to the request to consolidate the cases for trial, as the Court will make a determination as to the appropriateness of a consolidated trial at a later date. Defendants' motion for leave to file excess pages [105] is granted. As to the Cook County Defendants' motion to dismiss [106]; Plaintiff's response is due 10/09/2023, Defendants' reply is due 10/23/2023. As discussed on the record, the parties should brief the pending motions separately in the respective cases, though they may file a motion after the reassignment if they believe consolidated briefing would be more appropriate. As further noted on the record, by 9/29/2023, the parties should meet and confer and file, in this case number, a joint status report with a proposed case management schedule for the consolidated cases. Finally, Defendant Guevara's motion for leave to depose incarcerated non−party witnesses [96] is granted as to Benjamin DeJesus, but denied as to Ruben Hernandez, based on the representation at the hearing that Hernandez is no longer incarcerated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at ***www.ilnd.uscourts.gov***.