# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

David Gecht

                Plaintiff,

v.                                        Case No.: 1:23−cv−01742

                                                          Honorable Nancy L. Maldonado

Reynaldo Guevara, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 2, 2023:

      MINUTE entry before the Honorable Nancy L. Maldonado:The Court has reviewed the parties' joint status report on the consolidated cases [111]. The Court notes that, consistent with other cases involving Defendant Guevara in this District, and before the undersigned, the Court will not enter any bifurcated discovery schedule delaying Monell discovery. Further, the Court does not see good cause to enter any formal stay of oral discovery. The Court understands a third plaintiff intends to file a complaint and seek consolidation with these two cases, but the report indicates that the complaint will be filed sometime in October, and given that the parties will likely still be engaged in written discovery, the Court does not see that the potential additional case will need to delay the commencement of oral discovery. The Court trusts counsel for both sides to meet and confer and cooperate, including with counsel for Hernandez, on a discovery plan that will prevent the need for duplicative discovery if and when the cases are consolidated. Finally, in terms of the discovery schedule, the Court agrees with Defendants that an April 2024 discovery cut−off seems overly ambitious, in light of the number of parties currently involved in the case, the potential consolidation, and given that the case involves Monell−type discovery. On the other hand, the Court does not believe over 12 months is needed to complete fact discovery. The Court therefore adopts the following fact discovery schedule: Rule 26(a)(1) disclosures on or before October 13, 2023; Parties to propound written discovery on or before October 30, 2023; Defendants will answer Plaintiff Gecht's written discovery requests on or before November 17, 2023; Fact discovery closes July 19, 2024. The parties should file a joint status report updating the Court on status of discovery by November 20, 2023.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.