UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

David Gecht
         Plaintiff,

v.                                                 Case No.: 1:23−cv−01742
                                                       Honorable Nancy L. Maldonado

Reynaldo Guevara, et al.
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 7, 2024:

      MINUTE entry before the Honorable Heather K. McShain: Telephonic status and motion hearing held on plaintiffs' renewed motion for entry of a protective order [[130], [132]] and motion for entry of a HIPAA order [131]. For the reasons stated on the record, the renewed motion for entry of a protective order [[130], [132]] is granted in part and denied in part. The protective order shall include language permitting defendants to redact personal identifying information from documents produced under the protective order, but shall not include language permitting redaction of information covered by the Juvenile Court Act. The definition of "confidential information" in the protective order shall encompass employment and disciplinary matters, but will not encompass "other information that is of a sensitive or non−public nature." Plaintiffs' motion for entry of a HIPAA order [131] is granted for the reasons stated on the record. By 03/14/2024, the parties shall submit to the Court's proposed order inbox (Proposed_Order_McShain@ilnd.uscourts.gov) proposed orders in Microsoft Word format that conform to the Court's rulings on these motions. A telephone conference with the Court is set for 04/05/2024 at 8:30 a.m. to discuss the parties' interest in settlement and any discovery issues the parties need to raise with the Court. To participate in the telephone conference, the dial−in number is 888−684−8852, followed by access code 8623687#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Should anything change prior to 04/05/2024 and the parties want to engage with the Magistrate Judge sooner on settlement, counsel are directed to contact the Magistrate Judge's chambers at any time. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was

generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.