UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

David Gecht
                     Plaintiff,

v.                                                 Case No.: 1:23−cv−01742
                                                 Honorable Nancy L. Maldonado

Reynaldo Guevara, et al.
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 7, 2024:

      MINUTE entry before the Honorable Heather K. McShain: Telephone conference held on 05/07/2024 to discuss the prospect of setting a settlement conference, and continued to 06/18/2024 at 8:30 a.m. To participate in the telephone conference, the dial−in number is 888−684−8852, followed by access code 8623687#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. The joint status report deadline of 06/10/2024 [153]. Should anything change prior to 06/10/2024 status report deadline and the parties want to engage with the Magistrate Judge sooner on settlement, counsel are directed to contact the Magistrate Judge's chambers at any time. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.