**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

David Gecht
                      Plaintiff,

v.                                                      Case No.: 1:23−cv−01742
                                                       Honorable Nancy L. Maldonado

Reynaldo Guevara, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 11, 2024:

      MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the parties' joint status report [156], which reports on the parties' progress with written discovery and the parties' competing plans for oral discovery. According to the joint status report, the vast majority of written discovery has been completed, and the only outstanding items of written discovery discussed in the report are some of the Officer Defendants' responses to Hernandez's written discovery requests, which are due on 06/12/2024; a possible ESI protocol relating to plaintiffs' email and social media accounts; and the parties' dispute over plaintiffs' production of unredacted records containing sensitive information about some of the Officer Defendants (based on the limited record before it, the Court does not believe that resolving this dispute should impede the parties' ability to begin oral discovery shortly). Given that written discovery is nearly complete, the parties must begin to meet−and−confer in good faith about scheduling depositions to begin no later than mid−July. The Court is mindful of the large amount of discovery involved in this case, and also that counsel on both sides are involved in other Guevara cases, which themselves involve voluminous written and oral discovery. So the Court will be flexible as the parties begin the oral discovery phase of the case, but the Court expects that depositions (at least depositions of third−party witnesses, which defendants believe can begin in mid−July, see [156] 7), will begin no later than mid−July. A further joint status report is due on 07/26/2024 to update the Court on: (a) the progress of discovery, included a detailed update on the parties' deposition plans; (b) the status of settlement discussions, if any; and (c) any other issues the parties wish to raise with the Court. The parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) if they would like the Court's assistance with settlement. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.