## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

David Gecht
                     Plaintiff,

v.                                      Case No.: 1:23−cv−01742
                                           Honorable Nancy L. Maldonado

Reynaldo Guevara, et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 18, 2024:

      MINUTE entry before the Honorable Heather K. McShain: Telephone conference held on 06/18/2024. Defense counsel for Cook County did not dial−in. All plaintiffs have now issued demands to defendants, but the City needs additional time to consider the demands. Another telephone conference is set for 08/15/2024 at 9:00 a.m. To participate in the telephone conference, the dial−in number is 888−684−8852, followed by access code 8623687#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.