**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

David Gecht

                        Plaintiff,

v.                                            Case No.: 1:23–cv–01742
                                            Honorable Lindsay C. Jenkins

Reynaldo Guevara, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 31, 2024:

       MINUTE entry before the Honorable Lindsay C. Jenkins: The City–Defendants' response to the amended motion filed by Gecht and the County Defendants for a finding of good faith settlement [181] is due by November 18, 2024; any reply from Gecht and the County Defendants is due by November 25, 2024. The response and reply should address the motion filed in this case and the motion filed in the related matter, Kwil v. Guevara et al, 23 CV 4279, and be filed on the dockets in both cases. The original motion filed on October 23, 2024 [178] is denied as moot. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.