# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Gecht v. Guevara, et al.

Case Number: 23-CV-01742

An appearance is hereby filed by the undersigned as attorney for:

Defendants Alan Pergande, Michael Muzupappa, Robert Rutherford, Edwin Dickinson, Geri Lynn Yanow as special representative for Ernest Halvorsen, deceased, and Kevin Rogers as special representative for Francis Cappitelli, deceased.

Attorney name (type or print): Olivia T. Raimondi

Firm: The Sotos Law Firm, P.C.

Street address: 141 W. Jackson Blvd., #1240A

City/State/Zip: Chicago, IL 60604

Bar ID Number: 6349622
(See item 3 in instructions)

Telephone Number: (630) 735-3300

Email Address: oraimondi@jsotoslaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✓ |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 11/20/2024

Attorney signature: S/ Olivia T. Raimondi
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015