# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: David Gecht v. Reynaldo Guevara, et al.

Case Number: 1:23-cv-01742

An appearance is hereby filed by the undersigned as attorney for:

David Gecht

Attorney name (type or print): Justin Hill

Firm: Loevy & Loevy

Street address: 311 N. Aberdeen St., 3rd Fl.

City/State/Zip: Chicago, IL 60607

Bar ID Number: 6342031
(See item 3 in instructions)

Telephone Number: (312) 243-5900

Email Address: hill@loevy.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✓ |
| Are you a member of the court's general bar? | ✓ | |
| Are you a member of the court's trial bar? | | ✓ |
| Are you appearing *pro hac vice*? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | | ✓ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you a
   ☐ Federal Defender
   ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 12/12/2024

Attorney signature: S/ Justin Hill
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023