# Appendix 1

| Damages Awards in Other Wrongful Conviction Cases in N.D. Ill. | | | | | | | |
|---|---|---|---|---|---|---|---|
| Case | Jury Award or Settlement? | Year of Award | Years Served | Award | Inflation Rate | Award (Adjusted for Inflation) | Per-Year Award (Adjusted for Inflation) |
| *Grayson v. City of Aurora*, No. 13-cv-17705 (N.D. Ill.) | Settlement | 2016 | 11 | $3,000,000 | 1.3152 | $3,945,600 | $358,691 |
| *Gillard v. City of Chicago*, No. 10-cv-7606 | Settlement | 2014 | 12 | $6,375,000 | 1.3334 | $8,500,425 | $708,369 |
| *Manning v. Buchan*, No. 02-cv-372 (N.D. Ill.) | Jury Award | 2005 | 13 | $6,500,000 | 1.6163 | $10,505,950 | $808,150 |
| *Sanders v. City of Chicago Heights*, No. 13-cv-0221 (N.D. Ill.) | Settlement | 2016 | 20 | $15,000,000 | 1.3152 | $19,728,000 | $986,400 |
| *Rivera v. Guevara*, No. 12-cv-4428 (N.D. Ill.) | Jury Verdict | 2018 | 21 | $17,000,000 | 1.2565 | $21,360,500 | $1,017,167 |
| *Gray v. City of Chicago*, No. 1:18-cv-2624 (N.D. Ill.) | Jury Verdict | 2023 | 24 | $27,000,000 | 1.0260 | $27,702,000 | $1,154,250 |
| *Rivera v. City of Waukegan*, No. 12-cv-08665 (N.D. Ill.) | Settlement | 2015 | 20 | $20,000,000 | 1.3318 | $26,636,000 | $1,331,800 |
| *Fields v. City of Chicago*, No. 10-cv-1168 (N.D. Ill.) | Jury Verdict | 2016 | 18 | $22,000,000 | 1.3152 | $28,934,400 | $1,607,467 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| *Kuri v. City of Chicago*, No. 1:13-cv-1653 (N.D. Ill.) | Jury Verdict | 2018 | 3 | $4,000,000 | 1.2565 | $5,026,000 | $1,675,333 |
| *Jimenez v. City of Chicago*, No. 09-cv-8081 (N.D. Ill.) | Jury Verdict | 2012 | 16.5 | $25,000,000 | 1.3749 | $34,372,500 | $2,083,182 |
| *Johnson v. Guevara*, No. 05-cv-1042 (N.D. Ill.) | Jury Verdict | 2009 | 12 | $21,000,000 | 1.4714 | $30,899,400 | $2,574,950 |
| *Dominguez v. Hendley*, No. 04-cv-2907 (N.D. Ill.) | Jury Verdict | 2006 | 4 | $9,000,000 | 1.5658 | $14,092,200 | $3,523,050 |
| *Fox v. Hayes*, No. 1:04-cv-7309 (N.D. Ill.) | Jury Verdict | 2007 | 0.7479 (273 days) | $2,016,000[1] | 1.5207 | $3,065,731.20 | $4,098,871.38 |
| *Brown v. City of Chicago*, No. 1:19-cv-4082 (N.D. Ill.) | Jury Verdict | 2024 | 10 | $50,000,000 | 1.0000 | $50,000,000 | $5,000,000 |

---

[1] A jury initially awarded Kevin Fox $5,600,000 in compensatory damages for four claims. *See Fox v. Hayes*, 600 F.3d 819, 825 (7th Cir. 2010). The Seventh Circuit held the amount to be excessive and ordered remittitur. *Id.* Consistent with the Seventh Circuit's opinion, Kevin Fox accepted remittitur to $2,016,000 in compensatory damages for his claims. *See Fox v. Hayes*, No. 1:04-cv-7309, ECF 855 at 2 (N.D. Ill. June 18, 2010).