UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

David Gecht, et al.
                    Plaintiff,
v.                                              Case No.: 1:23−cv−01742
                                                Honorable Lindsay C. Jenkins
Reynaldo Guevara, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 28, 2025:

MINUTE entry before the Honorable Heather K. McShain: For the reasons stated in the corresponding Order, defendants' joint motion to compel [237, 238] is granted in part and denied in part. The motion is granted to the extent that, within seven days of the date of this order, Hernandez shall (1) produce complete and unredacted copies of the three letters to attorney Swaminathan (to the extent that these letters, in their entirety, have not already been produced to defendants); (2) serve a revised answer to Guevara's Interrogatory 19 that complies with this Order; and (c) produce complete and unredacted copies of entries 7–23 on the July 11 Amended Privilege Log. The motion is denied to the extent that the Court finds that entries 1–6 on the Amended Privilege Log constitute opinion work product that need not be produced. Enter Order. The joint status report deadline of 11/24/2025 [265] stands. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.